Sandra A. Crawshaw-Sparks (SBN 291101)
scrawshaw@proskauer.com
Susan L. Gutierrez (SBN 273980)
sgutierrez@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
Telephone: 310.557.2700
Facsimile: 310.557.2193

Jonathan D. Davis (*pro hac vice*)
jdd@jddavispc.com
JONATHAN D. DAVIS, P.C.
10 Rockefeller Plaza, Suite 1015
New York, New York 10020
Telephone: 212.687.5464
Facsimile: 212.697.2521

*Attorneys for Defendant Christopher Brown aka Chris Brown*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KHAZRAEI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER BROWN AKA CHRIS BROWN, an individual; and DOES 1-25, INCLUSIVE<br><br>Defendants. | Case No. 2:16-cv-02341-SJO (JCx)<br><br>**ORDER ENTERING STIPULATED PROPOSED PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION** |

## **ORDER**

The Court has considered the Stipulation to Proposed Protective Order Regarding Confidential Information submitted by the parties on October 21, 2016. Good cause having been shown, the Court hereby approves and orders entry of the Stipulated Proposed Protective Order Regarding Confidential Information.

IT IS SO ORDERED.

Dated: November 1, 2016

                                      /s/ Jacqueline Chooljian
                                      United States Magistrate Judge